IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00087-JLK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

REGINA MOODY

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

       IT IS ORDERED that Defendant, REGINA MOODY, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to FPC Alderson, Glen Ray Rd., Box A, Alderson, WV, on September 10, 2013, by 12:00 noon, and will travel at her own expense.

       DATED at Denver, Colorado, this 9th day of September 2013.

                        BY THE COURT:

                        ***s/John L. Kane***
                        JOHN L. KANE
                        Senior United States District Judge